**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-11-869 |
| | § § § | |
| MARK ALLAN JAMES | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance, (Docket Entry No.37). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

    Motions are to be filed by:                August 13, 2012
    Responses are to be filed by:            August 27, 2012
    Pretrial conference is reset to**:**          **September 4, 2012, at 9:30 a.m.**
    Jury trial and selection are reset to:      **September 10, 2012, at 9:00 a.m.**

    SIGNED on May 7, 2012, at Houston, Texas.

                                                    Lee H. Rosenthal
                                                  United States District Judge