**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-11-869 |
| | § | |
| | § | |
| | § | |
| MARK ALLAN JAMES | § | |

## O R D E R

The defendant filed an unopposed motion for continuance, (Docket Entry No.45).  The court

finds that the interests of justice are served by  granting  this continuance and that those interests

outweigh the interests of the public and the defendant in a speedy trial. The  motion for continuance

is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | November 5, 2012 |
| Responses are to be filed by: | November 19, 2012 |
| Pretrial conference is reset to**:** | **November 26, 2012, at 9:00 a.m.** |
| Jury trial and selection are reset to: | **December 3, 2012, at 9:00 a.m.** |

SIGNED on August 14, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge